**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000741**
**01-MAR-2024**
**07:57 AM**
**Dkt. 29 OAWST**

NO. CAAP-23-0000741

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

PETER MULLER,
Plaintiff-Appellant, v.
KAUAIANS LLC, a Nevada LLC,
authorized to do business in the State of Hawaii,
Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 5CCV-22-0000033)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Nakasone and McCullen, JJ.)

Upon consideration of the Stipulation for Dismissal Pursuant to Rule 42(b) of the Hawaii Rules of Appellate Procedure (Stipulation), filed February 27, 2024, by Plaintiff-Appellant Peter Muller, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal with prejudice, under Hawaiʻi Rules of Appellate Procedure Rule 42(b), and each party shall bear their own attorneys' fees and costs on appeal; and (3) the Stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, March 1, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge